Dismissed and Memorandum Opinion filed December 6, 2007








Dismissed
and Memorandum Opinion filed December 6, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00724-CV

____________

 

KENTRIN, INC., Appellant

 

V.

 

MUSTANG RENTAL SERVICES, INC., Appellee

 



 

On Appeal from the
127th District Court

Harris County,
Texas

Trial Court Cause
Nos. 2006-59441 & 2006-59441-A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a summary judgment signed July 23, 2007.  On November 26, 2007,
appellant filed a motion to dismiss the appeal because it no longer desires to
prosecute the appeal.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM








Judgment rendered and Memorandum Opinion filed
December 6, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.